UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
DELORES HOLMAN,

      Plaintiff,

-against-

CHEESECAKE FACTORY RESTAURANT, INC.,

      Defendant.
------------------------------------------------------------ X

05 CV 1416 (ARR)

<u>NOT FOR PUBLICATION</u>

<u>OPINION AND ORDER</u>

ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated October 11, 2005 from the Honorable Cheryl L. Pollak, United States Magistrate Judge. No objections have been filed. Having conducted a <u>de novo</u> review of the record, the court hereby adopts the Report and Recommendation, in its entirety, as the opinion of the court pursuant to 28 U.S.C. § 636(b)(1). Accordingly, plaintiff's motion to amend is granted and plaintiff is granted leave to file a subsequent motion to remand.

SO ORDERED.

                Allyne R. Ross
                United States District Judge

Dated: October 31, 2005
    Brooklyn, New York

SERVICE LIST:

*Counsel for Plaintiff:*
Thomas Philip Markovits
Mirman, Markovits & Landau, P.C.
291 Broadway, 6th Floor
New York, NY 10007

*Counsel for Defendant*:
Richard J. Brownwell
Clausen Miller, P.C.
One Chase Manhattan Plaza, 39th Floor
New York, NY 10005

cc:   Magistrate Cheryl L. Pollak