UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
DELORES HOLMAN,

                   Plaintiff,

-against-

CHEESECAKE FACTORY RESTAURANTS, INC.,

                   Defendant.
---------------------------------------------------------------- X

05 CV 1416 (ARR)

NOT FOR ELECTRONIC OR PRINT PUBLICATION

OPINION AND ORDER

ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated July 7, 2006 from the Honorable Cheryl L. Pollak, United States Magistrate Judge. No objections have been filed. Having conducted a de novo review of the record, the court hereby adopts the Report and Recommendation, in its entirety, as the opinion of the court pursuant to 28 U.S.C. § 636(b)(1). Accordingly, the court remands this action to state court. The Clerk of the Court is directed to close this case.

SO ORDERED.

                                              Allyne R. Ross
                                              United States District Judge

Dated: August 2, 2006
       Brooklyn, New York

1

SERVICE LIST:

*Counsel for Plaintiff:*
Thomas Philip Markovits
Mirman, Markovits & Landau, P.C.
291 Broadway, 6th Floor
New York, NY 10007

*Counsel for Defendant:*
Richard J. Brownell
Clausen Miller, P.C.
One Chase Manhattan Plaza
New York, NY 10005

cc: Magistrate Cheryl L. Pollak

2